[No. 2217-1.    Division One.    August 26, 1974.]

*In the Matter of the Estate of* HELENE F. ANDERSON, *Deceased.*

RALPH B. POTTS, *Appellant*, v. THE DEPARTMENT OF REVENUE, *Respondent*.

Appeal from a judgment of the Superior Court for King

County, No. E-206678, Arnold Beezer, J. Pro Tem., entered March 7, 1973. *Affirmed* by unpublished opinion per Williams, J., concurred in by Swanson, C.J., and Farris, J.